*UNITED STATES*
FEDERAL DISTRICT COURT FOR THE
SOUTHERN DISTRICT, EAST ST-LOUIS ILLINOIS

Petitioner:

Thomas James Kuna-(Jacob)
   103 Mill Street, POB 75
   Kane, Illinois, 63054-075
   PH: 1-217-942-9730;
   Cell: 1-618-660-0074

vs.

Respondent:

Drew Hirshfield
   Commissioner of Patents,
   POB 1450
   City of Alexandria, Virginia, 22313-1450

*16-CV-1143-JPG-RJD*

FILED
OCT 17 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

     Petition for $2,000,000.oo Award, whether by Jury or Judge, against the Commissioner
               For Exceeding his Constitutional and Statutory Powers
               By Denying Petitioner a Non-Provisional Patent
                   for an Invention whose Specifications
                     were adequately described as:

"Flip-up and down prescription eyeglass lenses on either fixed-onto frames or clip-on, with ear rods or pince-nez, Concept thereof: aka Kuna-Jacob Lenses, of any design, color or style"

     COMES NOW Petitioner, Thomas J. Kuna-(Jacob) this 2nd Day of April, 2016, to petition this Honorable Court to Order Respondent to Show Cause as to why he failed to instruct and educate all his Agents, both in the U.S. Patent Office's Inventers Assistance Center (USPTO-IAC) and the Application Assistance Unit, (AAU) that "specifications" for a patent do not require actual drawings, blueprints and measurements, but how a patentable device is used.

     Each of the 5 or 6 persons in said USPTO offices whom Plaintiff phoned insisted that actual blueprints and measurements are required to meet the term "specifications", and that photographs

1

are not permitted, but actual blue-prints with measurements are required, they alleged.

However, the response from Respondent's Agent (attached and highlighted) Carol A. Zazzaro, Correspondence Specialist, Office of Governmental Affairs, U.S. Patent and Trademark Office (USPTO), U.S. Department of Commerce states:

> 'It seems that Mr. Kuna-Jacob is interpreting the specification requirement as requiring measurement specifications. However, the PTO's required "specification" in a patent application is a general description of how to make or use the invention".

Plaintiff also asks this Honorable Court to Order the Respondent to show-cause as to why and how Plaintiff's specifications allegedly fail to meet the definition of adequate "specifications" cited by Specialist Zazzaro...;

.... and why each of the 5-6 agents whom Plaintiff phoned at the USPTO's IAC and AAU offices never informed the Plaintiff/Inventer that "how an invention is used" is an adequate specification, but rather insisted that actual blue-prints are required.

Plaintiff also asks this court to rule that a "concept" category, and a "combination of elements" category of invention (as the USPTO used to have) must also be included among a "utility" and a "design" invention as permissible and and legally enforceable category of patent. Such would make it easier and less cumbersome for the class of minimum-wage and part-time workers to file a patent. (Although Plaintiff does not presume to be a lawyer "entitled" to represent said class, insofar as the statutory and common law hold unconstitutionally at the present time, even tho' he is of that class.)

Plaintiff also asks this Honorable Court to order Respondent to show cause as to why legal names in the Hispanic tradition (i.e. adding the mother's maiden name to the family name of the father), would not be considered just as lawful as legal names in the English tradition (i.e with only

the father's inherited last name). Respondant's agent Zazzaro indirectly acknowledged that said legal names in the Hispanic tradition by referring to Plaintiff as Kuna-Jacob.

And this the moreso as US law and custom, partly de jure and certainly de-facto, treats Spanish as equal to English, and the US as a bi-lingual country.

And the moreso as Illinois Election Law – certainly as of 2008 – holds that candidates for public office may add their mother's or their spouse's legal family name to their father's legal family name, without going through the Courts to do so.

Petitioner therefore asks this Honorable Court, pursuant to the US Constitution's ART. I, § 8. (i), which states:

> "To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;"

to order Respondent to:

1) Issue a Patent to Plaintiff for his invention of "flip up or down prescription lenses attached to frames or pince-nez... (etc.)" without any further application or paper work other than his oath which he already gave in his provisional patent application, that it is his independently conceived concept

2) To re-instate the categories of "concept patent" and "combination of elements patent" (which the USPTO once had allowed) along side those of "utility" and "design" patent;

3) To simplify and make less expensive the systems for filing Patents (and, by extension:

Copyrights), so that the class of minimum wage and part-time workers may more easily find the time and funds for a patent or copy right

4) to award to Plaintiff $2 Million in punitive and exemplary damages, and so to enable Plaintiff to develop and to produce his invention, via his currently General Partnership: World Economic Renewal Co. GP, www.w-e-r-co.com , or other companies so as to evade the Unconstitutional practice of the rich to learn of a patent by the poor, but refuse to invest in it or buy it, until the poor persons' patent expires and falls into the public domain;

5) to rule that Plaintiff's of a class or of a company, must constitutionally have access to the Courts directly to launch Class-Action suits on behalf of that class and/or of that company of which they are a member, whether or not they can find or afford a lawyer to do so.

Which awards are constitutionally required by both the Preamble's and ART. I's § 8 (b) which require the US to "provide for the common Defence and general Welfare of the United States", as well as by ART IV § 4's requirement that the "US guarantee to every State the republican form of government", which form of government is slipping away due the to excessive amounts of special favors and privileges being granted to certain categories of persons (in this case, members of the Bar; and the rich generally) and so not to give special favors to the rich and/or to the legal profession, but to provide equal access by the class of low-wage and or part-time workers to the bureaucracies (i.e. the USPTO), and to the Courts.

So Moved this 2nd Day of April, 2016

A copy of this Petition and of the Forma Pauperis application of Plaintiff shall have been mailed from the Kane, Illinois Post Office once Plaintiff's Petition and accompanying Forma Pauperis application have been file-stamped, to the Respondent at his legal address as cited on p. 1 of this petition, and to the Legal Departments of the AFL-CIO, the NEA-AFT, and the NAACP, seeking their legal representation in the event this Honorable Court do not accept Plaintiff's Plea # 5 as a question of legal interest to the Courts

Filed this 11th Day of April, 2016

by

*[signature]* (Jacob)

Thomas J. Kunay-(Jacob)

Mailed to Court and Respondents Hirshfeld this 14th day of Oct. 2016

*[signature]* (Jacob)

Thomas J. Kunay-(Jacob)

**White, Jen**

| | |
|---|---|
| **From:** | Zazzaro, Caroline ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of Congressional ▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Sent:** | Thursday, February 04, 2016 1:51 PM |
| **To:** | White, Jen |
| **Subject:** | RE: Thomas Kuna-Jacob |

Jen,

Patent application no. 62/123,821 is a provisional application. It appears that Mr. Kuna-Jacob also filed a non-provisional application, no. 14/950,772. A notice to file missing parts for no. 14/950,772 was mailed to Mr. Kuna-Jacob on December 8, 2015, setting a two month deadline to respond. **The non-extendible deadline to respond is February 8, 2016**.

There are numerous issues with the non-provisional application that are detailed in the notice to file missing parts. No claims or specification have been submitted. Also, while Mr. Kuna-Jacob filed an oath/declaration and an Application Data Sheet (ADS), both are completely empty, so they would need to be fixed as well.

It seems that Mr. Kuna-Jacob is interpreting the specification requirement as requiring measurement specifications. However, the PTO's required "specification" in a patent application is a general description of how to make or use the invention. Also, it appears that he may have intended to claim the benefit of the provisional application 62/123,821, in the non-provisional application 14/950,772. This has not been noted in the ADS or oath, but would need to be included in order for any benefit to be preserved.

Mr. Kuna-Jacob should contact the USPTO's Inventors Assistance Center (IAC). The IAC is staffed by former Supervisory Patent Examiners and experienced Primary Examiners who answer general questions concerning patent examining policy and procedure. He can call and speak to a patent professional at 1-800-786-9199, Monday through Friday 8:30 AM – 8:00 PM (ET), except federal holidays.

He can also contact the Application Assistance Unit (AAU) whose contact info is listed on the notice to file missing parts. The three phone numbers listed on the notice are: 571-272-4000; 571-272-4200; and 1-888-786-0101.

I hope the foregoing will be useful in responding to your constituent.

Regards,
Carol

Carol A. Zazzaro
*Correspondence Specialist*
*Office of Governmental Affairs*
*U.S. Patent and Trademark Office (USPTO)*
*U.S. Department of Commerce*



From: White, Jen [mailto:Jen.White@mail.house.gov]
Sent: Thursday, February 04, 2016 10:45 AM
To: Congressional ▇▇▇▇▇▇▇▇▇▇▇▇
Subject: Thomas Kuna-Jacob

1

Thomas J. Kuna-(Jacob) & Associates, DBA  
World Economic Renewal Co., www.w-e-r-co.com            **Balance Sheet**                2015  
103 Mill St., POB 75, Kane, Illinois, 62054-0075  
1-217-942-9730  

| INCOME: (Y) | | | EXPENSE: (X) | |
|---|---|---|---|---|
| TRS: | | $14,845.92 | MDSE & Materials: | $483.76 |
| Axcess | $1,668.58 | | Advertizing | 580.72 |
| REM | + $1,749.00 | | Auto | |
| | | |   Repair   $1,304.59 | |
| | | |   Insurance;  $1,920.00 | 3,224.59 |
| Elite | + $1,988.25 | | Contributions: St. M H.H. | 1,366.59 |
| | | | Others: | 1,720.51 |
| Wages | = | 5,405,83 | Electricity & Nat'l Gas: | 817.21 |
| | | | Entertainment: | 10.62 |
| Soc. Sec | | 3,586.80 | Life Insurance | 330.68 |
| | | | Interest: for Fixed Kapital | 1,789.14 |
| Car-Pool | | 3,435.26 | Interest for Circulating K: | 2,129.02 |
| | | | Misc. Expense (X) | 889.71 |
| Miscellaneous | | | Office X: | 914.17 |
| (Refunds; Gifts | | | USPS Expense: | 316.56 |
| LiHEAP; Stipends | | | Repairs: (other than Auto): | 92.19 |
| Tax Refunds) | | 3,274.87 | Tax (Sales): | 136.65 |
| | | | Tax: Soc.Sec & Medicare: | 1,377.20 |
| | | $30,348.68 | Tax: State: | 134.30 |
| | | | Tax – Other: | 43.30 |
| | | | Supplies: | 155.92 |
| | | | Telephone & Web: | 1,863.14 |
| | | | Trade Dues; Subscriptions | 31.00 |
| | | | Traveling (Gas 7 Oil, etc.: | 4,558.54 |
| | | | Wages; Commissions: Tips: | 76.00 |
| | | | Water: | 726.86 |
| | | | Med. Expense: | 931.32 |
| | | | Pre-Paid: | 1,824.10 |
| | | | Total Operating Expense: | 26,578.82 |
| | | | Notes Payable: | 2,514.12 |
| | | | IRS Tax: | 867.49 |
| | | | Loans Payable: | 1,547.03 |
| | | | Ghana Draw: | 75.08 |
| | | | US Draw: | 1,122.48 |
| | | | New Fixed K: | 787.99 |
| | | | New Ghana K: | - |
| | | | Non-Deductible Expense: | 6,912.96 |
| | | | Deductible Expense: | 26,578.83 |
| | | | Total Expense: | 33,491.79 |
| (Increase); Decrease in Debt: | | (3,143.11) | | |

Handwritten annotations: "some entered @ TK Draw for total of $1812)"; "305 27 Fc + 81628 Utilit"

1

Thomas J. Kuna-(Jacob) and Associates: DBA
World Economic Renewal Co. GP www.w-e-r-co.com     **Profit and Loss Statement:** 2015

| | | | | | |
|---|---|---|---|---|---|
| Gross Y | 30,348.68 | | | | |
| Less: Operating X : | 22,663.90 | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 7,684.78 | ÷ | 30,348.68 | 25.32 % | Gross Pre-Tax Profit to Gross Y |
| Ib id | ÷ | 22,663.90 | 33.9% | Gross Pre-Tax Profit to Op. X |
| Ibid | ÷ | 17,541.95 | 43.8 % | Gross Profits to Net Real K |
| Ibid | ÷ | 68,138.17 | 11.3% | Gross Profits to Net Human K |
| Ibid | ÷ | 123,167.92 | 6.24% | Gross Profits to Net Total K |

Less: IRS & IL Y Tax   965.68

| | | | | |
|---|---|---|---|---|
| 6,719.10 | ÷ | 30,348.68 | 22.14% | Post-Tax Profit to Gross Y |
| Ibid | ÷ | 22,663.90 | 29.65% | Post-Tax Profit to Op X |

Medicare & Soc. Sec   1,867.74

| | | | | |
|---|---|---|---|---|
| 4,858.36 | ÷ | 30,348.68 | 16% | Post All Taxes Profit to Gross Y |
| Ibid | ÷ | 22,663.90 | 21.45% | Post All Taxes Profit to Op. X |

Rx Premium   188.49

| | | | | |
|---|---|---|---|---|
| 4,669.87 | ÷ | 30,348.68 | 15.4% | Post-Auto-Deduct X to Gross Y |
| Ibid | ÷ | 22,663.90 | 20.6% | Post-Auto-Deduct X t Op. Ex |

i on Fixed Capital   1,789.10

| | | | | |
|---|---|---|---|---|
| 2,880.77 | ÷ | 30,348.68 | 9.5% | Post I (Investment X) Rate of Profit |
| Ibid | ÷ | 22,663.90 | 12.7% | Ibid Rate of Profit to Op. X |

+ Fixed Kapital Increase 787.99

| | | | | |
|---|---|---|---|---|
| 3,668.76 | ÷ | 30,348.68 | 12.1% | Profit to K increase paid in |
| Ibid | ÷ | 22,663.90 | 16.2 % | Profit to K increase paid in |
| Ibid | ÷ | 17,541.95 | 21% | Profit to Paid in Real K |
| Ibid | ÷ | 68,138.17 | 5.4% | Profit to Paid in Human K |
| Ibid | ÷ | 123,167.92 | 3% | Profit to Total Paid-in Kapital |

- i on working K loan   2,129.02

| | | | | |
|---|---|---|---|---|
| 1,539.74 | ÷ | 30,348.68 | 5% | Profit to Gross Receipts |
| Ibid | ÷ | 22,663.90 | 6.8% | Profit to Costs of Doing Business |

- PrincipleOnWKdebt   2,447.97

| | | | | |
|---|---|---|---|---|
| (908.23) | ÷ | 30,348.68 | (3% | Loss to Gross Receipts) |
| Ibid | ÷ | 22,663.90 | (4% | Loss to Working Kapital) |

Thomas J. Kuna-(Jacob) and Associates: DBA
World Economic Renewal Co. GP www.w-e-r-co.com     **Profit and Loss Statement:** 2015

US (TK) Draw        (1,122.48)

$$\frac{(2,030,71)}{\text{Ibid}} \div 30,348.68 \quad (6.7\% \text{ Business (L) on Gross Receipts})$$
$$\text{Ibid} \div 22,663.90 \quad (8.9\% \text{ Business (L) to Cost of Business})$$

GH (KO) Draw       (75.08)

(2,105.79) ÷ 30,348.68    (6.9% Business Loss (l) on Gross Receipts)
Ibid        ÷ 22,663.90    (9.3% Business Loss(L) to Cost of Business)
Ibid        ÷ 17,541.95    ( 12% Business Loss (L) to Pd. In Real K)
Ibid        ÷ 68,138.17    ( 3.1% Business Loss (L) to Pd In Human K)
Ibid        ÷123,167.92    (1.7% Business Loss (L) to Pd InTotal K)

Thomas J. Kuna-(Jacob) & Associates: DBA
World Economic Renewal Company GP www.w-e-r-co.com **Statement of Net Worth**,   2015
103 Mill Street, POB 75, Kane, Illinois, 62054-0075 FEIN   74-3159928
217-942-9730

| Principals: | Thomas J. Kuna-(Jacob)<br>General Partner/Bookkeeper | DOB: 01-09-1948 | Soc. Sec. #: 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 |
|---|---|---|---|
| | Donald Thompson<br>Comptroller/Treasurer | DOB: 10-13-1954 | Soc. Sec. #: 346 48-6175 |
| | Kwabena R. Owusu<br>Lead Ghana Partner | DOB: 09-11-1983 | GH ID #: C203-246-4485<br>US TIN: |
| | Andrew Carlton | DOB: | |

CURRENT ASSETS:
    Cash in Bank                     TK:    $404.12
                                           WERCo.:   22.01
    CD 5 yr.:                        TK:    1,396.55
    Cash on Hand:             0
    Acc'ts Receivable        145.00
        Less - Reserve for Bad Debts:   240.00      (95.00)
    Rents Receivable (M.A & C.N.)           1,424.00
    Merchandise Inventory                 287.16
    Pre-paid Expenses:                 $ 1,824.10
    Whole Life Policy: (TK)       7,000.00     $ 6,030.74
    IRS 2015 Receivable                   854.27
    IL DoRev 2015 Receivable             126.72y
    IL DoRev 2014 Receivable             405.82
    Total Current Assets:                                           $13,649.75

FIXED ASSETS:
    Machinery & Office Equipment           $1,550.00
    Autos                                    5,650.00
    Office Equipment (Furniture):            200.00
    Books and Art-Work                 3,000.00
    Buildings (Cost)                    30,343.70
                                                                  40,743.70
                    Less Reserve for Depreciation:     2,020.00
                                                                   38,723.70
  Land                                      2,656.30
                                                                   41,380.00
    Real Assets:                                                             $55,029.75

OTHER ASSETS:
    TK's Typeset Books:       $100,000.00
    KO's Computer Ed.          5,626.00
    Human Assets:                                                       $105,626.00

                                                       Total Assets:     $160,655.75

— 4 —

Thomas J. Kuna-(Jacob) & Associates: DBA
World Economic Renewal Company www.w-e-r-co.com     **Statement of Net Worth,**   2015
103 Mill Street, POB 75, Kane, Illinois, 62054-0075 FEIN   74-3159928
217-942-9730

CURRENT LIABILITIES:

| | |
|---|---:|
| Acc'ts Payable (C.C.) | $7,662.86 |
| Taxes Accrued | 0 |
| Notes Payable | 969.26 |
| | $ 8,632.12 |

LONG-TERM LIABILITIES:

| | |
|---|---:|
| Mortgage Payable: | $27,571.71 |
| Long-Term Debt: | 1,284.00 |
| | $28,855.71 |
| | $37,487.83 |

NET WORTH         TO REAL K:         $17,541.95

                  To Human K:        $ 68,138.17

                  To Total K:        $123,167.92

— 5 —



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/123,821 | 12/01/2014 | | 65 | | | |

**CONFIRMATION NO. 8798**
**FILING RECEIPT**

Thomas J. Kuna- (Jacob)
103 Mill SE
P.O. Box 75
Kane, IL 62054-0075


*OC000000072417064*

Date Mailed: 12/17/2014

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**
    Thomas James Kuna -(Jacob), Kane, IL;
**Applicant(s)**
    Thomas James Kuna -(Jacob), Kane, IL;

**Power of Attorney:** None

**If Required, Foreign Filing License Granted:** 12/16/2014
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/123,821**
**Projected Publication Date:** None, application is not eligible for pre-grant publication
**Non-Publication Request:** No
**Early Publication Request:** No
**\*\* MICRO ENTITY \*\***
**Title**

    Flip-up & down prescription eye glass lenses on either fixed-onto frames or clip-on, with ear rods or pince-nez, concept there of; aka Kuna-Jacob Lenses

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | |
|---|---|---|
| | Application Number | |
| Title of Invention | Flip-up and down prescription eyeglass lenses on either fixed-onto frames or clip-on, with ear-rods or pince-nez Concept thereof: aka Kuna-Jacob Lenses, of any design, color or style | |

## Application Information:

| Title of the Invention | Flip-up and down prescription eyeglass lenses on either fixed-onto frames or clip-on, with ear-rods or pince-nez Concept thereof: aka Kuna-Jacob Lenses, of any design, color or style | |
|---|---|---|
| Attorney Docket Number | | Small Entity Status Claimed ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | | Suggested Figure for Publication (if any) | |

### Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| 62/123,821 | 12/01/2014 | US |

## Publication Information:

☒ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| | | | |
|---|---|---|---|
| Please Select One: | ⦿ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | | | |



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/950,772 | 11/24/2015 | Thomas James Kuna-(Jacob) | |

Thomas J. Kuna-(Jacob)
103 Mill St.
POB 75
Kane,, IL 62054-0075

**CONFIRMATION NO. 4756**

**FORMALITIES LETTER**

*OC000000079215087*

Date Mailed: 12/08/2015

# NOTICE OF INCOMPLETE NONPROVISIONAL APPLICATION

## FILED UNDER 37 CFR 1.53(b)

A filing date has NOT been accorded to the above-identified application papers for the reason(s) indicated below.

All of the items noted below **must** be submitted within **TWO MONTHS** of the date of this Notice, unless otherwise indicated, or proceedings on the application will be terminated *(37 CFR 1.53(e))*. Replies should be mailed to: Mail Stop Missing Parts, Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450. **Extensions of time under 37 CFR 1.136 are NOT available.**

The filing date will be the date of receipt of all items required below, unless otherwise indicated. Any assertions that the item(s) required below were submitted, or are not necessary for a filing date, must be by way of petition directed to the attention of the Office of Petitions accompanied by the petition fee set forth in 37 CFR 1.17(f). If the petition states that the application is entitled to a filing date, a request for a refund of the petition fee may be included in the petition.

If the above-identified application contains a priority claim under 37 CFR 1.55 or benefit claim under 37 CFR 1.78 of a prior-filed application that was present on the filing date of the application and applicant wants to rely on 37 CFR 1.57(b) to add inadvertently omitted material to the above-identified application, applicant must file a petition under 37 CFR 1.53(e) accompanied by the petition fee set forth in 37 CFR 1.17(f) within TWO MONTHS of the date of this Notice. Petitions should be mailed to: Mail Stop Petitions, Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450.

- The specification is missing.
  A complete specification as prescribed by 35 U.S.C. 112 is required.
- The specification does not include at least one claim.
  A complete specification as prescribed by 35 U.S.C. 112 is required.
  Applicant must submit at least one claim. If more than 3 independent claims, more than 20 total claims, and/or a multiple dependent claim are submitted, excess claims fees are required at the time of submission of such claims (see 37 CFR 1.16(h)-(j)).
- The inventor's oath or declaration or an application data sheet (ADS) naming each inventor has not been submitted. An inventor's oath or declaration in compliance with 37 CFR 1.63 or 1.64 executed by or with respect to each inventor, or a properly executed ADS in compliance with 37 CFR 1.76 identifying each inventor by his or her legal name, mailing address, and residence (if an inventor lives at a location which is different from where the inventor customarily receives mail) is required. If an ADS as set forth above is provided, the filing of the inventor's oath or declaration may be postponed until the application is otherwise in condition for allowance. See 37 CFR 1.53(f).



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 62/123,821 | 12/01/2014 | Thomas James Kuna -(Jacob) | |

**CONFIRMATION NO. 8798**

Thomas J. Kuna- (Jacob)
103 Mill SE
P.O. Box 75
Kane, IL 62054-0075

**37 CFR 1.48(d)**
**ACKNOWLEDGEMENT LETTER**

*OC000000080711959*

Date Mailed: 02/18/2016

## IMPROPER SUBMISSION OF REQUEST UNDER 37 CFR 1.48(d)

The request under 37 CFR 1.48(d) (request to change inventorship) submitted on 01/20/2016 in the above-identified application is not accepted because:

- The request to correct inventorship or inventor name(s) under 37 CFR 1.48(d) is deficient because the fee set forth in 37 CFR 1.17(q) has not been submitted.

> Questions about the contents of this notice and the
> requirements it sets forth should be directed to the Office
> of Data Management, Application Assistance Unit, at
> **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/ctuazon/

103 MILL ST
PO BOX 75
KANE ILLINOIS 62054-0075




MAIL CLEARED
US MARSHAL

CLERK OF THE COURT
United States DISTRICT
COURT FOR THE
SOUTHERN DISTRICT OF
ILLINOIS
750 Missouri Ave
East St Louis IL 62201