## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS JAMES KUNA-(JACOB),

    Plaintiff,

        v.                                              Case No. 16-cv-01143-JPG-RJD

DREW HIRSHFIELD, Commissioner
Of Patents,

    Defendant.

## MEMORANDUM AND ORDER

    This matter comes before the Court on the Plaintiff's Motion (Doc. 10) for Change of Venue. The plaintiff had been directed to show cause noting that his complaint failed to contain the necessary jurisdictional allegations.   The Court also noted that the plaintiff resided in the Central District of Illinois and it appeared that the actions alleged in this complaint occurred in the Central District of Illinois.   In response, the plaintiff has requested that this matter be transferred to the United States District Court for the Central District of Illinois.

    There are still jurisdictional defects within the plaintiff's complaint; however, this Court lacks jurisdiction to require any further corrective action.

    Plaintiff's Motion (Doc. 10) for Change of Venue is **GRANTED**.  The Clerk of Court is **DIRECTED** to **TRANSFER** this matter to the United States District Court for the Central District of Illinois and to send a copy of this order to the Director of the U.S. Patent and Trademark Office.   All pending motions are **MOOT**.  Plaintiff is **DIRECTED** to refile any appropriate motions after completion of the transfer.

**IT IS SO ORDERED.**

**DATED:** 12/21/2016                     *s/J. Phil Gilbert*
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**